NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB #113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 E 8th Ave., Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-mj-224-MK |
| v. | MOTION TO UNSEAL COMPLAINT AND |
| RACHEL LEGGETT, | ARREST WARRANT |
| **Defendants** | |

The United States of America moves this court for an order unsealing the complaint and arrest warrant in the above-captioned case as to Rachel Leggett.  The United States had asked that the complaint and arrest warrant, and all other papers in this matter be filed under seal pending apprehension of the defendant.  The arrest as to the above-named defendant has occurred and release of the complaint is necessary for arraignment and other court purposes.

Dated: October 22, 2024

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE
Assistant United States Attorney

**MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT**                                         **Page 1**