UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-mj-224-MK |
| v. | ORDER TO UNSEAL COMPLAINT AND |
| RACHEL LEGGETT, | ARREST WARRANT |
| **Defendant.** | |

This matter having come before the Court upon motion of Gavin W. Bruce, Assistant United States Attorney for the District of Oregon, requesting an order to unseal the complaint, arrest warrant, and all other papers in this matter as to defendant Rachel Leggett.

IT IS HEREBY ORDERED, that the complaint, arrest warrant, return and all other papers in this matter be unsealed and made public as to defendant.

Dated: October 22, 2024

_____
MUSTAFA T. KASUBHAI
United States Magistrate Judge

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney