WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
**JOSEPH H. HUYNH, DC #495403**
Assistant United States Attorney
Joseph.Huynh@usdoj.gov
405 E 8th Ave., Suite 2400
Eugene, OR  97401
Telephone:  (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 6:24-mj-00224 |
| v. | NOTICE OF REASSIGNMENT OF ASSISTANT UNITED STATES ATTORNEY |
| RACHEL LEGGETT, | |
| **Defendant.** | |

Please be advised that the above captioned case has been reassigned from Assistant United States Attorney Gavin W. Bruce to Assistant United States Attorney Joseph H. Huynh, Joseph.Huynh@usdoj.gov.

Dated: June 27, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney